IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
 FILTERS MARKETING, SALES PRACTICES        Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION          MDL No. 2570


_____

This Document Relates to

Plaintiff(s) Argail Carter_____

Civil Case #: 1:23-cv-7006_____


**NOTICE OF VOLUNTARY DISMISSMAL**

COMES NOW, Plaintiff, Argail Carter, by and through the undersigned counsel, hereby

respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all

defendants, in this particular Civil Action No. 1:23-cv-7006 filed on 04/13/2023.


Date: October 20, 2025.


                                        Respectfully submitted,

                                        **TAUTFEST BOND, PLLC**
                                        /s/ Monte Bond_____
                                        Monte Bond, (TX Bar 02585625)
                                        5473 Blair Rd, Suite 2000 Dallas,
                                        TX 75231
                                        Telephone: (214) 617-9980
                                        Facsimile: (214) 853-4281
                                        mbond@tbtorts.com
                                        *Attorneys for Plaintiff*

ACKNOWLEDGED. Case is dismissed without prejudice.
DATED: Oct 30, 2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana